IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER: (406) 403-1642,**<br><br>**SUBSCRIBER IDENTITY: BOB SMITH OF 1500 6th AVENUE NW, GREAT FALLS, MONTANA** | MJ 16-40-GF-JTJ<br><br>ORDER TO EXTEND THE NOTIFICATION OF EXECUTION OF A SEARCH WARRANT AUTHORIZED BY THE COURT ON AUGUST 22, 2016, AND REMAIN UNDER SEAL<br><br>**FILED UNDER SEAL** |

WHEREAS a motion to extend the notification period for the execution of a search warrant for the historical text message content for cellular telephone number (406) 403-1642, by the Court on August 22, 2016, has been made by the government;

WHEREAS the government has demonstrated that reasonable cause exists to delay notification to the owner and user of cellular telephone by the order authorized by the Court on August 22, 2016;

THEREFORE, IT IS HEREBY ORDERED that pursuant to Rule 41(f) of

1

the Federal Rules of Criminal Procedure and 18 U.S.C. § 3103a(b) and (c), agents of Homeland Security Investigations (HSI) and other authorized law enforcement personnel shall have an additional ninety (90) days to notify Robert LINN, the current user of the telephone, and the subscriber of the phone Bob SMITH, of the existence of the warrant authorized on August 22, 2016.  That is, law enforcement must notify Robert LINN and Bob SMITH by December 20, 2016, of the historical text message data barring additional time being granted upon a showing of good cause by the government.

    The Warrant and Order, Application, Affidavit and Motion to Extend the Notification Period in this matter shall remain sealed until further motion from the government at the conclusion of the related investigation.

    IT IS SO ORDERED this 20th day of September, 2016.

_____
John Johnston
United States Magistrate Judge